■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK NAILOR, Appellant. (Appeal No. 1.) [753 NYS2d 908] —Appeal from a judgment of Erie County Court (D'Amico, J.), entered December 13, 2000, convicting defendant upon his plea of guilty of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Green, J.P., Wisner, Scudder, Burns and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK NAILOR, Appellant. (Appeal No. 2.) [753 NYS2d 909] —Appeal from a judgment of Erie County Court (D'Amico, J.), entered December 13, 2000, convicting defendant upon his plea of guilty of criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Green, J.P., Wisner, Scudder, Burns and Hayes, JJ.